**IN THE UNITED STATES DISTRICT COUT**

**FOR THE SOUTHERN DISTRICT OF ALAMAMA**

**MOBILE DIVISON**


| | | |
|---|---|---|
| TOM CARSTARPHEN | : | |
| Plaintiff | : | **CIVIL ACTION NO.** I5-CV-SI9-KD-C |
| | : | |
| vs. | : | |
| MOBILE COUNTY SHERIFF | : | |
| MOBILE POLICE DEPARTMENT | : | |
| OFFICE IEA A. BRIDGES | : | |
| THE KANARRY BAR | : | |
| MR.MARK JACKSON | : | |
| Defendants | : | |


FILED OCT 13 '15 PM 2:55 USDCMOB

## <u>COMPLAINT</u>


1. This is a lawsuit brought to redress the deprivation by Defendant of rights secured to the Plaintiffs and the proposed by the United States Constitution and the laws of the United States of America. For years, the Mobile County Jail has had a policy and practice to strip search all individuals regardless of the crime of upon which they were charged.  In addition, such policy and practice does not call for any reasonable suspicion analysis before conducting a strip search. It has

been well established in this judicial circuit for many years that individuals charged with misdemeanors or violations cannot be strip-searched absent particularized suspicion that they possess weapons or contraband. "Plaintiffs" I Tom Carstarphen who were strip searched after being charged with a petty crimes to vindicate the clear and unnecessary violation of his civil rights. "Plaintiffs" I Tom Carstarphen were charged with misdemeanor and or violation offenses and were subjected to a strip search, in violation of my right against unreasonable searches under the Fourth Amendment of the United States Constitution. "Plaintiff" I Tom Carstarphen seek monetary damages, a declaration that the Mobile County Jail Policies are unconstitutional, and an injunction precluding Mobile County and the Mobile County Jail from continuing to violate the rights of those placed into their custody. With this as a background, "Plaintiff" I Tom Carstarphen complain as follows:

## PARTY

2.  Plaintiff ("Tom Carstarphen" or "Plaintiff I Carstarphen") is a 67 year old male who resides in Mobile County, Alabama. On or about October 13, 2013. I Carstarphen was arrested by the Mobile Police Department When the Policeman were working of duty as a Body Bouncer in a night club, and charge "I Carstarphen" with Public Intoxication and Assault 3rd, which are misdemeanor offenses. "I Carstarphen" was transported to the Mobile County Jail where were strip search.

3.  Defendant County of Mobile (the "County") is a county government organized and existing under the laws of the State of Alabama.

_____ APPENDIX B (Cont'd)

At all times relevant hereto, the County, acting through the Mobile County Sheriff's Office and the Mobile County Jail, was responsible for the. policies, practices, supervision, implementation and conduct of all matters pertaining to the jail and was responsible for the appointment, training, supervision and the conduct of all personnel, including those working in the Mobile County Jail, (the "Jail"). In addition, at all relevant times, the County, acting through the Mobile County Sheriff s Office and the Jail, was responsible for enforcing the rules of the Jail and for ensuring that jail personnel obeyed the Constitution and laws of the United States and of the State of Alabama.

4.  "Plaintiff" I Tom Carstarphen is asking One (1) MILLION DALLOR in punitive damages and Five (5) MILLION DALLORS in action damage.


10-13-15

(Signature and date), pro se


6501 Airport Blvd. # 165

(Address)

Mobile, Alabama 36608


210-420-4456

(Phone Number)

*APPENDIX C cont'd*
*C*

December 24, 2013

To: Mobile County Sheriff's Office Internal Affairs

    This a follow-up to this complaint dated December 24, 2013

I, TOM CARSTARPHEN am filling this complaint under the Second and Fourth Amendment proposed by the United States Constitution and the laws of the United States of America. I, "Carstarphen" was arrested on misdemeanor charges and admitted to the Mobile County Jail. The charges for which I was arrested did not, in of themselves, provide to Mobile County Jail Officers   with reasonable suspicion to believe that I was harboring any weapons or contraband. The Fourth Amendment of the United States Constitution protects citizens from unreasonable searches by law enforcement officers, and prohibits officers from conducting strip searches of individuals arrested for misdemeanors or violations absent some particularized suspicion that the individual in question has either contraband or weapons. I, "Carstarphen" was illegally strip searched upon my admission to the Mobile County Jail who was charged solely with misdemeanor offenses, and not any felony offenses, in violation of the unreasonable search provisions of the United States Constitution.  I, "Carstarphen" am a 65 year old male who resides in Mobile County, Alabama. On or about October 13, 2013,  I, "Carstarphen" was arrested in night club by a Mobile Policeman (Ira A. Bridges) that were working of duty as a Body Bouncer for night club, and I was charged with Public Intoxication and Assault 3rd, which are  misdemeanor offenses. I, "Carstarphen" was transported to the Mobile County Jail where I was strip search.

The strip search  was disgracing, humiliating, embarrassing, it destroyed my dignity, and after serving over 20 years in the United States Army, all  I asks is that the United States Constitution protect me?

*page 2*

APPENDIX D Con'D

I, "Carstarphen am filling this complaint in pursuant to Rules 23(b)(I), 23(b)(2) and 23(b )(3) of the Federal Rules of Civil Procedure , and the Fed. R. Civ. P. 23(a). on behalf of myself.  It is clear based on the United States Constitution my Civil Rights have been validated.  I reserved my rights under the United States Constitution to pursue monetary relief under the United States Constitution.


Tom Carstarphen

Ph: 210-240-4456

2501-B Canada Ct

Mobile, Alabama 36610

page 2